No. 43782.—Protest 976161–G of M. Pressner & Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of siren whistles and horns in chief value of metal similar to those the subject of Abstracts 39948 and 40480. The claim at 45 percent under paragraph 397 was therefore sustained.

No. 43783.—Protest 967336–G of New York Merchandise Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 40586 the harmonicas in question were held dutiable at 40 percent under paragraph 1541 as claimed.

No. 43784.—Protest 856–K of M. Zwiebel (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 40586 the harmonicas in question were held dutiable at 40 percent under paragraph 1541 as claimed.

No. 43785.—Protests 829245–G, etc., of Western Novelty Co. (Los Angeles).

Opinion by TILSON, J. In accordance with stipulation of counsel that the merchandise consists of cups in chief value of base metal, not plated, the claim at 45 percent under paragraph 397 was sustained.

BEFORE THE SECOND DIVISION, MAY 27, 1940

No. 43786.—Protests 792341–G, etc., of Carbon Crafters et al. (New York).

Opinion by KINCHELOE, J. It appeared that the merchandise in issue is of the same kind and character as in the case of *Marr Duplicator Co.* v. *United States* (4 Cust. Ct. 156, C. D. 311). The claim as surface-coated paper under paragraph 1405 was therefore sustained.

No. 43787.—Protests 781450–G, etc., of Allied Mat & Matting Co. (New York).

Opinion by KINCHELOE, J. On the record presented the cocoa fiber mats in question were held dutiable at 90 percent under paragraph 1529 (a) as claimed. *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93) followed.

No. 43788.—Protests 704455–G, etc., of Brewing Corp. of America et al. (Cleveland, etc.).

Opinion by DALLINGER, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.